KENNETH A. FEINSWOG (Bar. No. 129562)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Fax: (310) 846-5801
Email: kfeinswog@aol.com

Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT,

## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.,<br><br>Plaintiff,<br>v.<br><br>JOYRICH, INC. d/b/a HALFMAN ROMANTICS, EUN YOUNG LEE, DOLLS KILL, INC., CINDY ISAKA and BABAK FARAHI,<br><br>Defendants. | **Case No. 15-CV-02949-RGK-FFM**<br><br>[**PROPOSED**] **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The parties having stipulated that the above-referenced action be dismissed

without prejudice with each party bearing each's own attorneys' fees and costs;

1

IT IS HEREBY ORDERED that the above-referenced action is dismissed without prejudice with each party bearing each's own attorneys' fees and costs.

Dated: May 4, 2016

*Gary Klausner*

_____
THE HONORABLE R. GARY KLAUSNER
United States District Judge